ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 2 4 2013
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. |
| JAMES STUART (1) | § | **3-13CR0291-K** |
| EVELYN WORTHINGTON (2) | § | |
| DEREK STUART (3) | § | |

INDICTMENT

The Grand Jury charges:

Count One
Conspiracy to Distribute a Controlled Substance Analogue
[Violation of 21 U.S.C. § 846]

Beginning in or about December of 2011, the exact day unknown, and continuing through on or about June 21, 2013, in the Northern District of Texas and elsewhere, **James Stuart, Evelyn Worthington,** and **Derek Stuart** did conspire together, and with others, to knowingly and intentionally distribute mixtures or substances containing detectable amounts of synthetic cannabinoids, including the substance [1-(5-fluoropentyl)-1$H$-indol-3-yl](2,2,3,3-tetramethylcyclo-propyl)methanone, more commonly known as XLR11, which prior to May 16, 2013, was a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813, a violation of 21 U.S.C. § 841(a)(1).

All in violation of 21 U.S.C. § 846.

Indictment – Page 1

# Forfeiture Notice

## [21 U.S.C. § 853(a)]

Upon conviction for the offense alleged in Count One of this indictment and pursuant to 21 U.S.C. § 853(a), the defendants, **James Stuart, Evelyn Worthington,** and **Derek Stuart**, shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as the result of the offense; and any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense. This property includes, but is not limited to, the following:

1. The proceeds obtained as a result of the offense, in the form of a money judgment;

2. Real property located at 3380 NE Loop 286, Paris, Texas 75460;

3. Real property located at 3930 Alpine Street, Paris, Texas 75462;

4. Real property located at 4015 Alpine Street, Paris, Texas 75462;

5. Real property located at 4120 Miranda Drive, Paris, Texas 75462;

6. $3,106.00 in U.S. currency;

7. $122,483.50 in U.S. currency;

8. 2011 white/blue Glastron boat (VIN: PGLGJ010H112) and trailer (VIN: 1L8AAFMJ1CA004921);

9. 2012 Yamaha YFM550FWA (VIN: 5Y4AJ38Y7CA100700);

10. 2013 Chrysler 300 Limited (VIN: 2C3CCACG9CH223094);

**Indictment – Page 2**

11. 2013 Chevrolet Corvette (VIN: 1G1YP3DW7D5100712);

12. 2011 Ford F150 (VIN: 1FTFW1E61BFA71574); and

13. 2010 Chevrolet Truck (VIN: 1GB7CZB64AF117854).

A TRUE BILL:

_____
FOREMAN

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
BRIAN DANIEL POE
Assistant United States Attorney
Northern District of Texas
Texas State Bar No. 24056908
1100 Commerce St., Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8670
Facsimile: 214-659-8803
E-mail: brian.poe@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JAMES STUART (1)
EVELYN WORTHINGTON (2)
DEREK STUART (3)

INDICTMENT

21 U.S.C. § 846
Conspiracy to Distribute a Controlled Substance Analogue

21 U.S.C. § 853(a)
Forfeiture Notice

1 Count

A true bill rendered

DALLAS                                                                                          FOREPERSON

Filed in open court this 24th day of July, A.D., 2013.

_____
                                                                                                    Clerk
**EVELYN WORTHINGTON & DEREK STUART: WARRANTS TO ISSUE**

**JAMES STUART: NO WARRANT TO ISSUE; IN FEDERAL CUSTODY**

UNITED STATES DISTRICT/MAGISTRATE JUDGE
Magistrate Court Case Number 3:13-MJ-381-BH