IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | NO.  3:13-CR-291-K |
| JAMES STUART (1) § | |
| EVELYN WORTHINGTON (2) § | |
| DEREK STUART (3) § | |

GOVERNMENT'S BILL OF PARTICULARS CONCERNING
CRIMINAL FORFEITURE

The United States of America (the government) notified the defendants, **James Stuart, Evelyn Worthington** and **Derek Stuart**, through the Indictment in this case that the government seeks to forfeit property from them if they are convicted of the offense alleged in Count One.  In addition to the property already listed, the government seeks to forfeit the following:

2. The real property located at 3330 NE Loop 286, Paris, Texas 75460 **(Corrected Address)**.

    Respectfully submitted,

    SARAH R. SALDAÑA
    UNITED STATES ATTORNEY

    /s/ Brian Daniel Poe
    BRIAN DANIEL POE
    Assistant United States Attorney
    Northern District of Texas
    Texas State Bar No.  24056908
    1100 Commerce St., Third Floor
    Dallas, Texas 75242-1699

Telephone: 214-659-8670
E-mail: brian.poe@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on August 19, 2013 I electronically filed this document with the Clerk for the United States District Court, Northern District of Texas, using the electronic case filing ("ECF") system. The ECF system will send a "Notice of Electronic Filing" to all parties/counsel for record who have consented in writing to accept the Notice as service of this document by electronic means.

/s/ Brian Daniel Poe
Assistant United States Attorney