IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CRIMINAL NO. |
| VS. | ) | 3:13-CR-291-K |
| | ) | |
| | ) | |
| JAMES STUART (01) | ) | |
| EVELYN WORTHINGTON (02) | ) | |
| DEREK STUART (03) | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION FOR CONTINUANCE

Before the Court is the Defendant James Stuart's Unopposed Motion for Continuance, filed September 16, 2013. The Court finds that the ends justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that failure to grant such a continuance might result in a miscarriage of justice. Specifically, the court finds that the granting of the motion would promote judicial economy, and that neither the defendants nor the government would be harmed by the granting of a continuance. The court finds that the provisions of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) are satisfied and accordingly, the motion is **GRANTED**.

It is therefore ordered that the trial of the case is reset from **September 30, 2013 to February 24, 2014 @ 9:00 a.m.** The period of delay shall be excluded in computing the time within which the trial must commence.

Defendants' pretrial motions, if any, must be filed by **January 8, 2014**, and the Government's responses thereto, by **January 22, 2014.**

Requested voir dire questions, proposed jury instructions, witness lists (with witnesses designated as "custodial", "expert", or "fact", as well as "probable" or "possible"), exhibit lists (with copies of exhibits furnished to the Court), and motions in limine must be filed no later than **February 14, 2014.**

**SO ORDERED.**

Signed September 16th, 2013.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE